FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA.
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 0219-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine |
| JORGE PAYAN-VIZCARRA, | |
| Defendant. | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including February 7, 2007, within the Southern District of California and elsewhere, defendant JORGE PAYAN-VIZCARRA did knowingly and intentionally conspire with other persons known and unknown to distribute 50 grams and more of actual methamphetamine, to wit, approximately 6.6 kilograms of actual methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 1|16|08

KAREN P. HEWITT
United States Attorney

ALANA M. WONG
Assistant U.S. Attorney