AO 455(Rev. 5/85) Waiver of Indictment

FILED

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JORGE PAYAN-VIZCARRA | |

CASE NUMBER: 08CR0219-JLS

I, JORGE PAYAN-VIZCARRA, the above-named defendant, who is accused of Title 21, U.S.C., Section 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine, and being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on January 24, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JORGE PAYAN-VIZCARRA
Defendant

_____
HOLLY HANOVER
Counsel for Defendant

Before _____
JUDICIAL OFFICER

translated by: Danielle Leyva