1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  3132 Third Ave. #101
   San Diego, CA 92103
3  Telephone: (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Jorge Payan Vizcarra

5

              **UNITED STATES DISTRICT COURT**
6             **SOUTHERN DISTRICT OF CALIFORNIA**
                **(THE HON. JANIS L. SAMMARTINO)**
7

8  **UNITED STATES OF AMERICA,**       )   CASE NO.  08cr0219-JLS
           Plaintiff,                  )
9                                      )   DATE:  February 29, 2008
   v.                                  )   TIME:  1:30 p.m.
10                                     )
   **JORGE PAYAN VIZCARRA**            )   NOTICE OF MOTIONS and MOTIONS TO:
11         Defendant.                  )   1) COMPEL DISCOVERY; and for
                                       )   2) <u>LEAVE TO FILE FURTHER MOTIONS</u>
12                                     )

13  **TO:   KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
            ALANA WONG, or current ASSISTANT UNITED STATES ATTORNEY**
14

15       PLEASE TAKE NOTICE that on February 29, 2008 at 1:30 p.m., or as

16  soon thereafter as counsel may be heard, the defendant, Jorge Payan

17  Vizcarra, by and through his counsel, Holly S. Hanover, will ask this

18  Court to enter an order granting the motions listed below.

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

                              1                            08cr0219

**MOTIONS**

Defendant, Jorge Payan Vizcarra, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1)   Compel Discovery; and to

2)   Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated:  February 14, 2008**          *s/ Holly Hanover*
                                                    Attorney for Ms. Jorge Payan Vizcarra
                                                    E-mail: Netlawyr@aol.com