HOLLY S. HANOVER, Esq.
California State Bar Number 177303
3132 Third Ave. #101
San Diego, CA 92103
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Jorge Payan Vizcarra

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | CASE NO. 08cr0219-JLS |
| v. | DATE: February 29, 2008  TIME: 1:30 p.m. |
| JORGE PAYAN VIZCARRA  Defendant. | CERTIFICATE OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

I have cause the service of the Motion for Discovery on this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Alana Wong | efile.dkt.gc2@usdoj.gov |

**Dated: February 14, 2008**

**Respectfully submitted,**

s/ *Holly S. Hanover*
Holly S. Hanover
Attorney for Mr. Payan Vizcarra
E-mail: Netlawyr@aol.com