1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave
   Spring aValley, CA 91977
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Jorge Payan Vizcarra

5

6              **UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
                **(THE HON.  JANIS L. SAMMARTINO)**
7

8  **UNITED STATES OF AMERICA,**        )     **CASE NO.  08cr0219-JLS**
          **Plaintiff,**                )
9                                       )     **DATE:   May 23, 2008**
                                        )     **TIME:  9:00 a.m.**
   **v.**                               )
10                                      )
   **JORGE PAYAN VIZCARRA**             )     **MOTION TO SHORTEN TIME**
11        **Defendant._____**      )
                                        )
12 _____       )

13 **TO:   KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND
         ALANA WONG, or current ASSISTANT UNITED STATES ATTORNEY:**
14

15     Defendant, Jorge Payan Vizcarra, by and through his attorney, Holly

16 S. Hanover, moves this Court for an order to Shorten time for the filing

17 of the Sentencing Supporting Documents to four (4) days, because counsel

18 did not receive the translations for the documents until Monday, May 19,

19 2008.  Counsel worked to get the filing done as quickly as possible.

20                                      **Respectfully submitted,**

21 **Dated:  May 19, 2008**            s/ *Holly S. Hanover*
                                        Attorney for Mr. Payan Vizcarra
22                                      E-mail: Netlawyr@aol.com

23

24

25

26

27

28

                                   1                              **08cr0219**