HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave
Spring aValley, CA 91977
Telephone:  (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Jorge Payan Vizcarra

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (THE HON.  JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  08cr0219-JLS** |
| **Plaintiff,** | ) | |
| | ) | **DATE:   May 23, 2008** |
| **v.** | ) | **TIME:   9:00 a.m.** |
| | ) | |
| **JORGE PAYAN VIZCARRA** | ) | **DOCUMENTS IN SUPPORT OF** |
| **Defendant._____** | ) | **SENTENCING** |
| | ) | |
| _____ | ) | |

**TO:    KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND
ALANA WONG, or current ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Jorge Payan Vizcarra, by and through his attorney, Holly S. Hanover, hereby files the following attached exhibits (attached electronically) in support of sentencing.

**Respectfully submitted,**

**Dated:  May 19, 2008**

s/ *Holly S. Hanover*
Attorney for Mr. Payan Vizcarra
E-mail: Netlawyr@aol.com

1                                                                08cr0219