TRANSLATION
MEXICAN INSTITUTE OF SOCIAL SECURITY
ASSISTANT ADMINISTRATION OF GENERAL MEDICINE

Social Security Number
Leo Israel Payan Pimentel
02020D49361

Medical Notes

Page no.

Date            Time

Weight      Height      Heart Rate      Blood Pressure      Respiratory Rate

Summary of questionnaire and physical examination
Feb/19/02     Clinical Summary

Male patient of 16 years of age who has been diagnosed Chronic Granulocytic Leukemia is being hospitalized due to symptoms of nasal epitaxis on the right side. A nasal plug was applied and six concentrated platelets were transfused which caused the bleeding to cease. In regards to the laboratory results, the patient is still considered to have a blood platelet deficiency as such he will require the transfusion of additional concentrated blood platelets. Today he is displaying epitaxis again for which concentrated platelets are requested, and absolute bed rest is indicated while he awaits his transfusion and basic control is to continue. New laboratory results are ordered for tomorrow.

Complete diagnosis.

Examination and management plan.

Disability     File     for _____ days
Starting date
Initial         Following          Days accumulated
Type of branch      General Illness
                    Work risk

Physician's name, license and signature

TRANSLATION
Union de Taxis del 5to Municipio
[Union of Taxi Drivers of the 5th Municipality]
Rosarito, Baja Cfa.
Amarillo y Crema Estrella Dorada, A.C.
[Beige and Yellow Golden Star, Inc.]

Playas de Rosarito January 10 of 2008

To Whom It May Concern:

Through this letter, I confirm that Mr. Jorge Alfredo Payan Vizcarra whose address is located at Av. Tijuana No. 15402 Col. El Tecolote. He has been a serious, responsible person of good habits ever since I met him 18 years ago.

I am issuing this letter, for any uses deemed fit by the interested party and at his request, on January 10 of 2008.

I thank you in advance for the attention given to our recommended person and I am at your service.

SINCERELY,

Citizen ROBERTO RAMOS TORRES
PRESIDENT

NEXTEL 152*15*25583
CEL (01)661-112-7615

Calle Mar del Norte No. 21 Zona Centro Rosarito, Baja California

TRANSLATION

Parish of the Immaculate Conception
Tijuana, B.C.

Tijuana, B.C., January 16 of 2008

To Whom It May Concern:

Through this letter, I confirm that Mr. Jorge Payan Vizcarra, who I have know for a long time, is a parishioner of this parish.

He is a responsible and hardworking person of good moral principles.

I thank you in advance for the attention and the bearer, I bid you farewell and I am at your service.

Sincerely,

Juan Carlos Ackerman Ayon
(Signature)
Parish of the Immaculate Conception
Tijuana, B.C.

Parish of the Immaculate Conception
Calle 2da. #1225 (7051) Zona Centro, Telephone 687-1320 C.P. 22000 Tijuana, B.C.

TRANSLATION
MEXICAN INSTITUTE OF SOCIAL SECURITY
ASSISTANT ADMINISTRATION OF GENERAL MEDICINE

Member number-Name
Payan Pimentel Leo
2198580240-03m98

Medical Notes

Page No._____

Date:_____        Time:_____

Weight:    Height:    Heart Rate:    Blood Pressure:    Temperature:    Respiratory Rate:

Summary of questionnaire and physical examination
                              Intake Notes
Date of Hospitalization:        02/16/2000            Release Date:  03/08/2000
Diagnosis at time of Hospitalization: Chronic Granulocytic Leukemia and Priapism
Diagnosis upon Release: Chronic Granulocytic Leukemia and Priapism is under treatment

Related to a male patient of 14 years of age with the above-mentioned diagnosis. He has arrived to emergency care due to secondary symptoms of priapism caused by granulocytic leukemia. He is referred to a urologist who has decided to drain the corpus cavernosa by way of the Winter technique. A fistula is made in the cavernosal-spongiosum with a trucut biopsy needle. We wait an hour and a partial erection remains, which decreased as the days passed. On February 17, he is seen by a hematologist who begins him on emergency treatment with Citaralin to reduce the leukocytes. He has been given concentrated blood platelets and 2 globular platelets. The patient is stable with a good acceptance of the VO [unknown abbreviate], normal vital signs, he is pale upon the physical exploration, cardiopulmonary symptoms are rasping breath disseminating from both hemithorax. The laboratory reports for today 080300 indicate an Hb of 10.1, Hto. 32 and 39,000 platelets. We have decided to discharge the patient.

PLAN: Appointment with the hematology clinic in two weeks
      Open appointment to emergency pediatrics
      Fluconazol 1 tablet per day
      TMT + SMX 2 tablets every 12 hours
      Ambroxol 7 ml orally every 8 hours

Complete diagnosis.
Examination and management plan.

Disability     File     for _____days
Starting date
Initial         Following            Days accumulated
Type of branch          General Illness
                        Work risk                      Physician's name, license and signature

Case 3:08-cr-00219-JLS    Document 23-3    Filed 05/19/2008    Page 5 of 5