

# UNION DE TAXIS DEL 5TO. MUNICIPIO
## ROSARITO, BAJA CFA.
### AMARILLO Y CREMA ESTRELLA DORADA, A.C.

Playas de Rosarito a 10 de Enero del 2008

A quién corresponda:

Por medio de la presente hago constar que el Sr. Jorge Alfredo Payan Vizcarra Con Domicilio Av. Tijuana Num. 15402 Col. El Tecolote.
Es una persona seria responsable y de buenos modales ya que tengo aproximadamente 18 años de conocerla.

A solicitud del interesado y para los trámites que al mismo le interesan, se extiende la presente el día 10 de enero del 2008.

Agradeciendo de antemano las atenciones brindadas a nuestro recomendado, quedo de usted como su atento y seguro servidor.

ATENTAMENTE

C. ROBERTO RAMOS TORRES
PRESIDENTE

NEXTEL 152*15*25583
CEL. 01(661)112-7615

CALLE MAR DEL NORTE No. 21   ZONA CENTRO   ROSARITO, BAJA CALIFORNIA



**JAPCO**, S.A. de C.V.  CALLE 3RA. CARRILLO PUERTO 8116-209, ZONA CENTRO
TEL.: 685-9107 Y 688-1119 FAX, e-mail jap1@prodigy.net.mx
C.P. 22000 TIJUANA, B.C.

A quien Corresponda:

Por medio de la presente doy constancia que conozco al Sr. Jorge Payán Vizcarra desde el año de 1985 y de este año hasta el presente me consta que es una persona dedicada a su trabajo, de buenas costumbres, sin vicios y adicciones, serio en el cumplimiento de sus obligaciones familiares y de trabajo.

También en el transcurso de este tiempo he conocido a su familia que son personas sencillas, trabajadoras, de buenas costumbres, respetuosas, de buen trato y estimadas dentro de su comunidad.

No teniendo ningún inconveniente extiendo la presente para los fines que crea pertinentes el interesado a los 14 días del mes de Enero de 2008, en la ciudad de Tijuana, B.C.

Atentamente

José A. Peña Herrera
Administrador Único

JAPCO, S. A. DE C. V.
R.F.C. JAP-750403-IA2
3RA. CARRILLO PUERTO 1910-209
TEL. 85-91-07 Y 88-17-83 C.P. 22000
TIJUANA, B. C.



Tijuana, B.C. a 16 de Enero del 2008

A quien corresponda.

Por medio de la presenta hago constar que el Sr. Jorge Payan Vizcarra  quien tengo tiempo de conocerlo. ya que es feligrés de esta parroquia .
Siendo una persona responsable y trabajador y de buenos principios morales.
Agradeciendo la atención a la presente y al portador de la misma me despido de usted quedando a sus ordenes.

Atentamente
Juan Carlos Ackerman Ayón



PARROQUIA INMACULADA CONCEPCION

Calle 2a. #1225 (7051) Zona Centro, Tel. 687-1320 , C.P. 22000, TIjuana, B.C.

# UCSD MEDICAL CENTER
## UNIVERSITY OF CALIFORNIA, SAN DIEGO

IF PATIENT IS TO BE BILLED, SHADED SECTION BELOW **MUST** BE COMPLETED

**HISTOCOMPATIBILITY & IMMUNOGENETICS LABORATORY**
4300 CAMPUS POINT DRIVE
LA JOLLA, CALIFORNIA 92037
Phone: (619) 657-6850
Fax: (619) 657-6479

Director: Anna D. Dreilinger, M.D.
Assoc. Director: Valentina Russack, M.D.
CA Lic. ID # CLE10482
CLIA # 05D0869935

| DATE AND TIME OF COLLECTION | REQUESTING PHYSICIAN/PID# | PHYSICIAN PHONE AND BEEPER | LAB WORK AUTHORIZED BY |
|---|---|---|---|
| AM / PM | Dr. Alvarado Cristian | 66 347863 | |

☐ **BILL PATIENT** — IMPORTANT: THE FOLLOWING INFORMATION IS ESSENTIAL FOR BILLING A PATIENT AND/OR A THIRD PARTY AGENCY

PATIENT NAME OR RESPONSIBLE PARTY (IF OTHER THAN PATIENT): Leo Payan
ADDRESS: Ave. Tijuana 15402
CITY: Tijuana  STATE: BC  ZIP:
TELEPHONE NUMBER:

☐ MEDICARE — MUST PROVIDE NUMBER, BIRTHDATE AND ADDRESS
NUMBER:
BIRTHDATE:

☐ MEDI-CAL — ATTACH COPY OF POE

## GENERAL INSTRUCTIONS

1. ALL TUBES MUST HAVE LABELS THAT CONTAIN THE FOLLOWING INFORMATION *(SPECIMENS WITH INCOMPLETE LABELS WILL NOT BE ACCEPTED!)*:
   a. Patient name.
   b. Second identifier (i.e., date of birth, social security number, medical record number).
   c. Date specimen drawn.
   d. Signature of person drawing blood.
2. Do **NOT** refrigerate blood.
3. If you have any questions, call at (619) 657-6850.

## HISTOCOMPATIBILITY TESTING

NAME OF RECIPIENT: Leo Payan
NAME OF DONOR: Jorge Payan P.
RELATIONSHIP TO RECIPIENT: Brother

☐ STAT    Work-up for: ☐ Kidney ☐ Heart ☐ Lung ☐ Liver ☐ Pancreas ☒ Bone Marrow ☐ Other _____

☐ HLA-ABC Typing (Class I)
☐ HLA-DR Typing (Class II)
☒ HLA-DR-PCR Typing (Class II)
☐ Auto Crossmatch

☐ Preliminary Crossmatch
☐ Cytotoxic Antibody Screen
☐ Final Living Related Transplant Crossmatch
☐ Cadaveric Transplant Crossmatch

☐ Flow Cytometry Crossmatch
☐ Cadaveric Transplant Donor Workup
☐ HLA-B27 Antigen
☐ Serum Storage

DNA-PCR.    (Cronosomc Ph +)

## SEROLOGY TESTING
### TRANSPLANT WORKUP SPECIMENS ONLY

☐ STAT  Specimen Type (serum preferred) _____  Other _____

☐ Organ Recipient (Pre-Dialysis specimen only)  ☐ HIV 1/2 Antibody  ☐ HCV Antibody  ☐ CMV Antibody  ☐ RPR
☐ Cadaver:  ☐ Pre-transfusion  ☐ Post-transfusion  ☐ HTLV-1 Antibody  ☐ HBsAg Antibody  ☐ TOXO Antibody

## CELL SURFACE MARKER ANALYSIS

☐ STAT  Specimen Type
☐ Peripheral Blood  ☐ Bone Marrow  ☐ Tissue (specify) _____  ☐ Other _____

☐ T-Cell Subset (CD4 & CD8)  ☐ Special Subset Panel _____  i.e., HNRC, ATEU, MILLS  ☐ OKT3 (CD3)  ☐ CD34  ☐ TdT

Panels - MUST provide phone number AND beeper number of requesting physician below.
☐ Leukemia  ☐ Lymphoma  ☐ Immune Monitoring (order Antibody screen if required)  ☐ Pediatric Oncology Group Study
☐ Broncheal Alveolar Lavage (required aspirate **plus** 1-7 mL lavender top tube)
☐ Other _____

Dr. Cristian Alvarado
Hematologia M.t. 12113824

REQUESTING PHYSICIAN: Dr. Alvarado
PHONE: 66347863
BEEPER: 66840031

2-94)6

22064



# UCSD Medical Center

DATE: 8/19/00

TO: Dr. Cristina Alvarado's off.

PHONE #: _____

FAX #: 011 52 6634 6090

FROM: LuDane

NUMBER OF PAGES (Including Cover): 2

**Confidential Information**

The following information is strictly confidential. If you have received this fax in error, or if it is undeliverable to the person(s) to whom it is directed, please call the number provided below immediately.

COMMENTS: Pherotype report on:
PAYAN, L. (per your req.

Immunogenetics and Transplantation Laboratory

# IMMUNOGENETICS REPORT

**UCSD Healthcare**
IMMUNOGENETICS AND
TRANSPLANTATION LABORATORY

9894 Genesee Avenue, Suite 101
La Jolla, California 92037

Office: (858) 642-4774
Fax: (858) 642-0595
Director: Marvin R. Garovoy, M.D.
Director: Lauralynn K. Lebeck, Ph.D.
CA Lic. ID# 11173
CLIA ID# 05D0913715

Patient: PAYAN, LEO PIMENTEL
DOB: 12/05/85
ID: 185314

Physician: ALVARADO
Referring Center: MEXICO
Indication: BONE MARROW
Test Date: 04/13/01

## PHENOTYPE

| Name | Relation | Sample Date | ABO | HLA CLASS I A | B | Cw | HLA CLASS II DR | DQ |
|---|---|---|---|---|---|---|---|---|
| Leo Pimentel Payan | Recipient | 04/21/00 | A | 2, - | 51, 75 | Not Tested | 4, - | 3, - |
| Noemi Pimentel | Mother | 04/13/01 | A | 2, 26 | 51, 75 | Not Tested | Not Requested | |

Less than two antigens at a locus may indicate 1) homozygosity which might be proven with family studies or 2) unidentified antigen(s).

**Comments:** Noemi was tested as a potential donor. She is mismatched with Leo for one HLA-A,B antigen in the rejection direction.

SEROLOGY TECH: su/gx
FLOW TECH:
DNA(SSP) TECH:
ENTERED BY: rd
REVIEWED BY: LKL
ELECTRONIC FILE: paya0418leo.doc

Lauralynn K. Lebeck, Ph.D., Director
Marvin R. Garovoy, M.D., Director

4/23/01
Report Date

These tests were developed without FDA review. The performance characteristics of these tests were defined and validated by UCSD Medical Center Immunogenetics and Transplantation Laboratory under the accreditation guidelines of the American Society for Histocompatibility and Immunogenetics (ASHI).

D6018(R5-99)6



**INSTITUTO MEXICANO DEL SEGURO SOCIAL**
**SUBDIRECCION GENERAL MEDICA**

NUMERO DE SEGURIDAD SOCIAL

Leo Israel Payan Pimentel

02020049361

## NOTAS MEDICAS

HOJA N° _____

FECHA _____   HORA _____
PESO ____ TALLA ____ FRECUENCIA CARDIACA ____ PRESION ARTERIAL ____ TEMPERATURA ____ FRECUENCIA RESPIRATORIA ____

RESUMEN DE LOS DATOS DEL INTERROGATORIO Y EXPLORACION FISICA

19/feb/02    Resumen clinico.
Paciente masculino de 16 años con diagnostico de LEUCEMIA GRANULOCITICA CRONICA, que ingresa por presentar epistaxis de narina derecha, se colocó taponamiento nasal, y se trasfundieron 6 concentrados plaquetarios cediendo el sangrado, en cuanto a los resultados de laboratorio se encuentra aun el paciente con plaquetopenia por lo que se requiere trasfundir de nuevo concentrados plaquetarios. El dia de hoy presenta de nuevo epistaxis por lo que se solicitan concentrados plaquetarios en espera de su trasfusion se indica reposo absoluto, y continuar con manejo de base. Se solicitaran nuevos estudios de laboratorio para mañana.

DIAGNOSTICO INTEGRAL

PLAN DE ESTUDIO Y DE MANEJO INTEGRAL

INCAPACIDAD: N° DE FOLIO ____ POR ____ DIAS ____
INICIO: DIA ____ MES ____ AÑO ____
INICIAL ☐  SUBSECUENTE ☐  N° DE DIAS ACUMULADOS ☐
TIPO DE RAMA:  ENFERMEDAD GENERAL ☐
              RIESGO DE TRABAJO ☐

NOMBRE, MATRICULA Y FIRMA DEL MEDICO

2198 580204
Payan Pimentel
Leo Israel



INSTITUTO MEXICANO DEL SEGURO SOCIAL

Masculino 16 años edad
Dx Leucemia Granulocítica Crónica
Epistaxis - Plaquetopenia Severa.

Que se encuentra Hospitalizado desde el 160202. Ha requerido múltiples transfusiones y la cuenta plaquetaria apenas en 14,000. Por lo que requerirá varios días más de Hospitalización.

El anterior resumen se extiende a petición de los familiares y para los fines que a ellos convengan.

Dra. Ortiz Ravoz
C.M.



**INSTITUTO MEXICANO DEL SEGURO SOCIAL**
**SUBDIRECCION GENERAL MEDICA**

NOTAS MEDICAS

NUMERO DE AFILIACION - NOMBRE

Payan Pimentel Leo
2198580240-03m98

HOJA N° _____

FECHA _____    HORA _____

PESO _____ TALLA _____ FRECUENCIA CARDIACA _____ PRESION ARTERIAL _____ TEMPERATURA _____ FRECUENCIA RESPIRATORIA _____

RESUMEN DE LOS DATOS DEL INTERROGATORIO Y EXPLORACION FISICA

NOTA DE EGRESO

FECHA DE INGRESO: 16 02 2000          FECHA DE EGRESO: 08 03 2000
DIAGNOSTICO DE INGRESO: Leucemia granulocítica crónica + Priapismo
DIAGNOSTICO DE EGRESO: Leucemia granulocítica crónica. Priapismo en resolución

   Se trata de paciente masculino de 14 años de edad, con los diagnósticos arriba mencionados. Llega al servicio de UP por presentar priapismo secundario a leucemia granulocítica. Se pide interconsulta a urología el cual deside realizar un drenaje de cpo. cavernoso + procedimeito Winter, se realiza fistula cavernoesponjosa con trucut, se espra aproximadamente una hora quedando con ereccion parcial, lac cual fue disminuyendo conforme fueron pasando los días. El día 17 de febrero lo ve el hematologo, el cual inicia manejo urgente con Citaralinpara disminuir los leucocitos, se le han estado pasando concentrados plaquetarios y 2 paquetes globulares. El paciente se encuentra estable, con buena aceptación de la VO, SV normales, a la EF se encuentra palido, CsPs con estertores gruesos diseminados en ambos hemitórax. El laboratorio de hoy 080300 reporta Hb de 10.1, Hto. 32 y plaquetas de 39,000. Se decide dar de alta.

   PLAN: Cita a CE de hematología en dos semanas
DIAGNOSTICO INTEGRAL Cita abierta a urgencias pediatricas
         Fluconazol 1 tableta al dia
         TMT + SMX 2 tabletas cada 12 hrs
         Ambroxol 7 ml cada 8 hrs via oral

PLAN DE ESTUDIO Y DE MANEJO INTEGRAL.

INCAPACIDAD:  N° DE FOLIO _____ POR _____ DIAS    NOMBRE, MATRICULA Y FIRMA DEL MEDICO
   INICIO: DIA _____ MES _____ AÑO _____
   INICIAL ☐  SUBSECUENTE ☐  N° DE DIAS ACUMULADOS ☐
   TIPO DE RAMA: ENFERMEDAD GENERAL ☐
                 RIESGO DE TRABAJO ☐



**INSTITUTO MEXICANO DEL SEGURO SOCIAL**

INSTITUTO MEXICANO DEL SEGURO SOCIAL
HOSPITAL GENERAL REGIONAL H. 20.
DPTO. DE TRABAJO SOCIAL MEDICO.

TIJUANA B.C. A 19 DE FEBRERO 2002

A QUIEN CORRESPONDA:

POR MEDIO DE LA PRESENTE SE HACE CONSTAR QUE EL C. LEO ISRAEL PAYAN PIMENTEL SE ENCUENTRA HOSPITALIZADO EN ESTA UNIDAD EN EL PISO: CUARTO ESPECIALIDAD DE: HEMATOLOGIA EN LA CAMA NO. 337 A PARTIR DEL DIA: 13 DE FEBRERO DEL 2002

REQUIRIENDO FAMILIAR ACOMPAÑANTE DE MANERA PERMANENTE.

SE EXTIENDE LA PRESENTE, A SOLICITUD DEL INTERESADO (A).

ATENTAMENTE.

TRABAJADORA SOCIAL.
C. INES GAMEZ VILLEGAS
MATRIC. 9271902

I.M.S.S.
DELEGACION REGIONAL EN
BAJA CALIFORNIA NORTE

HOSPITAL GENERAL DE
ZONA III No. 20
TIJUANA, B. C.

**INSTITUTO MEXICANO DEL SEGURO SOCIAL**
SEGURIDAD Y SOLIDARIDAD SOCIAL
DIRECCION DE PRESTACIONES MEDICAS

## SOLICITUD DE EXAMENES DE LABORATORIO
ORDINARIA ☐   URGENTE ☐

NUMERO DE SEGURIDAD SOCIAL: 21 98 58 0204 3M 83  AGREGADO
NOMBRE DEL PACIENTE: Payan Pimentel Leo
CURP:
UNIDAD DE ABSCRIPCION:
No. CONSULTORIO: _____ TURNO: _____
NOMBRE, MATRICULA Y FIRMA DEL MEDICO:
Dr. Cristian Alvarado
Hematologia Mat. 12113824

FECHA DE LA SOLICITUD: DIA 13 MES 06 AÑO 07
PRESENTARSE AL LABORATORIO: DIA __ MES __ AÑO __ HORA __
PROXIMA CONSULTA: DIA __ MES __ AÑO __
DIAGNOSTICO (S) PRESUNCIONAL (ES): LGC

### HEMATOLOGIA
1. FORMULA  ROJA ☐  BLANCA ☐  RUTINA ☐
HEMOGLOBINA ___
HEMATOCRITO ___ BH
C.M.H.G ___
LEUCOCITOS ___
LINFOCITOS ___
MONOCITOS ___
EOSINOFILOS ___
BASOFILOS ___
SEGMENTADOS ___
EN BANDA ___
ANOMALIAS ___
2. SED. GLOBULAR ___
3. PLAQUETAS ___
4. T.P. ___
5. T.T.P ___
6. GRUPO SANGUINEO ___
7. RH ___

### QUIMICA CLINICA
8. GLUCOSA ___
9. TOLERANCIA A LA GLUCOSA
 60 min ___
 120 min ___
 180 min ___
10. UREA ___
11. CREATININA ___
12. COLESTEROL ___
13. TRIGLICERIDOS ___
14. PROTEINAS TOTALES ___
15. ALBUMINA ___
16. GLOBULINAS ___
17. RELACION A/G ___
18. BILIRRUBINAS
 DIR ___ IND ___
19. T.G.O. ___
20. T.G.P. ___

21. FOSF. ALCALINA ___
22. FOSFAT. ACIDA ___
23. AMILASA ___
24. D.H.L ___
25. ACIDO U ___

EXAMEN DE ORINA
26.
 Ph ___
 DENSIDAD ___
 ALBUMINA ___
 GLUCOSA ___
 ACETONA ___
 BILIRRUBINA ___
 HEMOGLOBI ___
 SEDIMENTO ___

BACT ___
27. EXUDADO ___
28. EXUDADO FARINGEO ___

29. EXUDADO VAGINAL ___
30. B.A.A.R. EXPECTORACION ___
 DIAGNOSTICO 1 2 3
 CONTROL 1 2 3 4 5 6
31. CULTIVO ___
32. UROCULTIVO ___

INMUNOLOGIA
33. FAC ___
34. A.F ___
35. PRE REACTIVA ___
36. V.D. ___
37. REAC. FEBRILES ___
38. PRUEBA INMUNOLOGICA DE EMBARAZO ___

27 JUN 200_

### PARASITOLOGIA
35. PLASMODIO ___
36. COPROPARASITOSCOPICO
 1a ___
 2a ___
 3a ___

TUDIOS

OBSERVACIONES:

ORIGINAL                                               001-6495-0002 MF - 8

COORDINACION CLINICA DE TIJUANA
Blvd. Diaz Ordaz y Lazaro Cardenas
Tijuana Baja California
QFB NIDIA GARCIA ESPINOZA

27 Jun 2002 11:24
ID usuario
Nx sec.      2930
Modo cerrado

SOSPECH

Bandas: 4%
Metamielocitos: 7%
Mielocitos: 20%
DFLT (NLMEB)

Obs:
- Se observan 3% de células sugestivas de Blastos.
- Se envía laminilla p/valoración por hemat.

INTERPRETACION

REC Morphology   PLT Lower Region Interference

Macrocytic RBC   Thrombocytopenia



```
              COORDINACION CLINICA DE TIJUANA
           Blvd. Diaz Ordaz y Lazaro Cardenas
                   Tijuana Baja California
                QFB NIDIA GARCIA ESPINOZA

ID de muestra 1220 LP                          08 Aug 2002 12:55
Paciente76                                     ID usuario      1
Sexo              Fnac                         Nx sec.       867
Dr                                             Modo cerrado
Gr f.: 1  L/mite: 1

                   SOSPECH

WBC  49.6  10e3/uL
NEU  41.4         %N
LYM  4.14         %L
MONO 3.54         %M
EOS  .084         %E
BASO .472         %B

Bandas 8%.

RBC  4.75  10e6/uL
HGB  15.2  g/dL
HCT  48.8  %
MCV  103.  fL       RBC MORPH
MCH  32.1  pg
MCHC 31.2  g/dL


PLT  90.0  10e3/uL
MPV  8.58  fL        LRI
```

Handwritten notes:
- Metamielo 4%.
- Mielocito 22%.
- celulas Inmaduras 2%.
- 2 normoblastos x c/100 Leucos.
- Se envia Frotis

```
                   INTERPRETACION
          WBC              RBC              PLT
SOSPECHA POBLACIONES ATIPICAS:
  Immature Granulocytes/Bands   RBC Morphology    PLT Lower Region Interference

IRREGULARIDADES DEFINIDAS:
  Leukocytosis      Macrocytic RBC    Thrombocytopenia
  Neutrophilia      Hypochromic
  Monocytosis
  Basophilia

                   LIMITES PACIENTE 1
WBC  4.50-11.0              RBC 3.80-5.20      PLT 145-450.
NEU  1.00-7.70  40.0-70.0 %N  HGB 11.7-15.7    MPV 0.00-99.9
LYM  1.00-4.80  22.0-43.0 %L  HCT 34.9-46.9
MONO .100-1.20  2.50-11.5 %M  MCV 80.8-100.
EOS  0.00-.700  0.00-6.40 %E  MCH 26.2-34.0
BASO 0.00-.200  0.00-1.80 %B  MCHC 31.4-35.8
                              RDW 11.6-14.8
```

# IMMUNOGENETICS REPORT



**UCSD Healthcare**
IMMUNOGENETICS AND
TRANSPLANTATION LABORATORY

9894 Genesee Avenue, Suite 101
La Jolla, California 92037

Office: (858) 642-4774
Fax: (858) 642-0595
Director: Marvin R. Garovoy, M.D.
Director: Lauralynn K. Lebeck, Ph.D.

CA Lic. ID# 11173
CLIA ID# 05D0913715

Patient: PAYAN, LEO PIMENTEL
DOB: 12/05/85
ID: 185314

Physician: ALVARADO
Referring Center: MEXICO
Indication: BONE MARROW
Test Date: 04/13/01

## PHENOTYPE

| Name | Relation | Sample Date | ABO | HLA CLASS I | | | HLA CLASS II | |
| | | | | A | B | Cw | DR | DQ |
|---|---|---|---|---|---|---|---|---|
| Leo Pimentel Payan | Recipient | 04/21/00 | A | 2, - | 51, 75 | Not Tested | 4, - | 3, - |
| Noemi Pimentel | Mother | 04/13/01 | A | 2, 26 | 51, 75 | Not Tested | Not Requested | |

Less than two antigens at a locus may indicate 1) homozygosity which might be proven with family studies or 2) unidentified antigen(s).

**Comments:** Noemi was tested as a potential donor. She is mismatched with Leo for one HLA-A,B antigen in the rejection direction.

SEROLOGY TECH: sa/gx
FLOW TECH:
DNA(SSP) TECH:
ENTERED BY: d
REVIEWED BY: _LKL_
ELECTRONIC FILE: paya0418leo.doc

_LK Lebeck PhD_    4/23/01
Lauralynn K. Lebeck, Ph.D., Director    Report Date
Marvin R. Garovoy, M.D., Director

These tests were developed without FDA review. The performance characteristics of these tests were defined and validated by UCSD Medical Center Immunogenetics and Transplantation Laboratory under the accreditation guidelines of the American Society for Histocompatibility and Immunogenetics (ASHI).

**UCSD Medical Center**

DATE: 8/9/00

TO: Dr. Cristina Alvarado's off.

PHONE:

FAX: 0152 6634 6090

FROM: LuDane

NUMBER OF PAGES (Including Cover): 2

### Confidential Information

The following information is strictly confidential. If you have received this fax in error, or if it is undeliverable to the person to whom it is directed, please call the number provided below immediately.

COMMENTS: Phenotyper report on:
PAYAN, L. ¿ per your req.

Immunogenetics and Transplantation Laboratory

**UCSD MEDICAL CENTER**
UNIVERSITY OF CALIFORNIA, SAN DIEGO — IF PATIENT IS TO BE BILLED, SHADED SECTION BELOW **MUST** BE COMPLETED

HISTOCOMPATIBILITY &
IMMUNOGENETICS LABORATORY
9300 CAMPUS POINT DRIVE
LA JOLLA, CALIFORNIA 92037
Phone: (619) 657-6850
Fax: (619) 657-6479

Director: Anna D. Dreilinger, M.D
Assoc. Director: Valentina Russack, M.D.
CA Lic. ID # CLE10482
CLIA # 05D0869935

| DATE AND TIME OF COLLECTION AM/PM | REQUESTING PHYSICIAN/PI#: Dr. Alvarado Cristian | PHYSICIAN PHONE AND BEEPER: 66 347863 | LAB WORK AUTHORIZED BY |

☐ **BILL PATIENT** — IMPORTANT: THE FOLLOWING INFORMATION IS ESSENTIAL FOR BILLING A PATIENT AND/OR A THIRD PARTY AGENCY

PATIENT NAME OR RESPONSIBLE PARTY (IF OTHER THAN PATIENT): Leo Payan
ADDRESS: Ave. Tijuana 15402
CITY: Tijuana    STATE: BC    ZIP:
TELEPHONE NUMBER:

☐ MEDICARE — MUST PROVIDE NUMBER, BIRTHDATE AND ADDRESS | NUMBER | BIRTHDATE
☐ MEDI-CAL — ATTACH COPY OF POE

## GENERAL INSTRUCTIONS

1. ALL TUBES MUST HAVE LABELS THAT CONTAIN THE FOLLOWING INFORMATION (SPECIMENS WITH INCOMPLETE LABELS WILL NOT BE ACCEPTED!):
   a. Patient name.
   b. Second identifier (i.e., date of birth, social security number, medical record number).
   c. Date specimen drawn.
   d. Signature of person drawing blood.
2. Do **NOT** refrigerate blood.
3. If you have any questions, call at (619) 657-6850.

### HISTOCOMPATIBILITY TESTING

NAME OF RECIPIENT: Leo Payan
NAME OF DONOR: Jorge Payan P.
RELATIONSHIP TO RECIPIENT: Brother

☐ STAT   Work-up for: ☐ Kidney ☐ Heart ☐ Lung ☐ Liver ☐ Pancreas ☒ Bone Marrow ☐ Other _____
☐ HLA-ABC Typing (Class I)           ☐ Preliminary Crossmatch                    ☐ Flow Cytometry Crossmatch
☐ HLA-DR Typing (Class II)           ☐ Cytotoxic Antibody Screen                 ☐ Cadaveric Transplant Donor Workup
☒ HLA-DR-PCR Typing (Class II)       ☐ Final Living Related Transplant Crossmatch ☐ HLA-B27 Antigen
☐ Auto Crossmatch                    ☐ Cadaveric Transplant Crossmatch           ☐ Serum Storage

DNA-PCR.    (Cromosome ph +)

### SEROLOGY TESTING
TRANSPLANT WORKUP SPECIMENS ONLY

☐ STAT   Specimen Type (serum preferred) _____   Other _____
☐ Organ Recipient (Pre-Dialysis specimen only)   ☐ HIV 1/2 Antibody   ☐ HCV Antibody   ☐ CMV Antibody   ☐ RPR
☐ Cadaver: ☐ Pre-transfusion ☐ Post-transfusion   ☐ HTLV-1 Antibody   ☐ HBsAg Antibody  ☐ TOXO Antibody

### CELL SURFACE MARKER ANALYSIS

☐ STAT   Specimen Type
         ☐ Peripheral Blood   ☐ Bone Marrow   ☐ Tissue (specify) _____   ☐ Other _____
☐ T-Cell Subset (CD4 & CD8)   ☐ Special Subset Panel _____   i.e., HNRC, ATEU, MILLS   ☐ OKT3 (CD3)   ☐ CD34   ☐ TdT

Panels - MUST provide phone number AND beeper number of requesting physician below.
☐ Leukemia   ☐ Lymphoma   ☐ Immune Monitoring (order Antibody screen if required)   ☐ Pediatric Oncology Group Study
☐ Broncheal Alveolar Lavage (required aspirate plus 1-7 mL lavandar top tube)

Dr. Cristian Alvarado
Hematologia M.L 12113824

REQUESTING PHYSICIAN: Dr. Alvarado   PHONE: 6634786J   BEEPER: 6684003



**UCSD Healthcare**

IMMUNOGENETICS AND
TRANSPLANTATION LABORATORY

9894 Genesee Avenue, Suite 101
La Jolla, California 92037

Office: (858) 642-4774
Fax: (858) 642-0595
Director: Marvin R. Garovoy, M.D.
Director: Lauralynn K. Lebeck, Ph.D.
CA Lic. ID# 11173
CLIA ID# 05D0913715

# IMMUNOGENETICS REPORT

| Patient: | PAYAN, LEO |
|---|---|
| DOB: | 12/05/85 |
| ID: | 185314-8 |
| Physician: | ALVARADO |
| Referring Center: | MEXICO |
| Indication: | BONE MARROW |
| Test Date: | 06/23/00 |

## PHENOTYPE

| Name | Relation | Sample Date | ABO | HLA CLASS I A | HLA CLASS I B | HLA CLASS I Cw | HLA CLASS II DR | HLA CLASS II DQ |
|---|---|---|---|---|---|---|---|---|
| Leo Payan | Recipient | 04/21/00 | NR | 2, - | 51, 75 | NR | 4, - | 3, - |
| Gorge Payan | Sibling | 04/21/00 | NR | 2, 26 | 51, * | NR | 4, 15 | 1, 3 |
| Julio Payan | Sibling | 06/23/00 | NR | 2, 26 | 35, 51 | NR | NR | NR |

Less than two antigens at a locus may indicate 1) homozygosity which might be proven with family studies or 2) unidentified antigen(s). NR = Not Requested
* A second HLA-B locus antigen may be present but can not be defined with this level of testing.

Comments: Julio was tested as a potential donor. He may share one HLA haplotype with Leo.

SEROLOGY TECH:
FLOW TECH:
DNA(SSP) TECH:
ENTERED BY: ewh
REVIEWED BY:
ELECTRONIC FILE:

Lauralynn K. Lebeck, Ph.D., Director
Marvin R. Garovoy, M.D., Director

6/26/00
Report Date



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO
## LIBRE Y SOBERANO
## DE BAJA CALIFORNIA
### REGISTRO CIVIL

**ACTA DE DEFUNCION**

| Oficialía: | Año: | Acta: | Libro: | Foja: | Localidad: |
|---|---|---|---|---|---|
| 1 | 2003 | 203 | 2 | 3 | TIJUANA |

| Municipio: | Estado: | Fecha de Registro: |
|---|---|---|
| TIJUANA | BAJA CALIFORNIA | 14/01/2003 |

### FINADO

- **Nombre:** LEO ISRAEL PAYAN PIMENTEL
- **Sexo:** MASCULINO
- **Nacionalidad:** MEXICANA
- **Edad Años:** 17   **Meses:** --------   **Dias:** --------   **Horas:** --------
- **Estado Civil:** SOLTERO
- **Fecha de Nacimiento:** 05/12/1985
- **Localidad:** GUADALAJARA   **Municipio:** GUADALAJARA
- **Estado:** JALISCO   **País:** MEXICO
- **CURP:**    **CRIP:**
- **Domicilio:** AVE. TIJUANA NUM.15402 COL. EL TECOLOTE
- **Localidad:** TIJUANA   **Municipio:** TIJUANA
- **Estado:** BAJA CALIFORNIA   **País:** MEXICO
- **Cónyuge:** --------   **Nacionalidad:** --------
- **Padre:** JORGE ALFREDO PAYAN VIZCARRA
- **Madre:** NOEMI PIMENTEL ALVAREZ

### FALLECIMIENTO

- **Lugar:** BLVD. LAZARO CARDENAS Y DIAZ ORDAZ S/N.
- **Fecha:** 11/01/2003   13:05:00
- **No certificado:** 982746008
- **Destino cadaver:** INCINERACION
- **Panteon:** CAPILLAS DE SANTA GEMA
- **No Orden:** 203
- **Ubicación:** FUNDADORES
- **Donde falleció:** BLVD. LAZARO CARDENAS Y DIAZ ORDAZ S/N.
- **Causa:** CHOQUE HIPOVOLEMICO HEMORRAGIA PULMONAR Y GASTRICA TROMBOCITOPENIA SEVERA. LEUCEMIA GRANULOCITICA TRONICA.
- **Médico:** DR. JORGE A. PAYAN VIZCARRA
- **Tipo Defunción:** --------
- **Domicilio:** LAZARO CARDENAS Y DIAZ ORDAZ
- **No. Cédula:** 1522910

### DECLARANTE

- **Declarante:** BERNARDINO GARCIA   **Edad:** 50
- **Domicilio:** ZONA RIO   **Parentesco:** NINGUNO
- **Ocupación:** EMPLEDO   **Nacionalidad:** MEXICANA

### TESTIGOS

- **Nombre:** JOEL GOMEZ   **Edad:** 32
- **Domicilio:** ZONARIO   **Parentesco:** NINGUNO
- **Ocupación:** EMPLEADO   **Nacionalidad:** MEXICANA

- **Nombre:** HUGO GARCIA   **Edad:** 22
- **Domicilio:** ZONA RIO   **Parentesco:** NINGUNO
- **Ocupación:** EMPLEADO   **Nacionalidad:** MEXICANA

### FIRMAS

| TESTIGO | DECLARANTE | TESTIGO |
|---|---|---|
| JOEL GOMEZ | BERNARDINO GARCIA | HUGO GARCIA |

**Anotaciones registradas:**
INCINERACION EN EL CREMATORIO CAPILLAS DE SANTA GEMA, Y DEPOSITAR CENIZAS EN LA IGLESIA INMACULADA CONCEPCION. PERMISO S.S.E. 0119

Se dió lectura a la presente acta y conformes con su contenido lo ratifican y firman quienes en ella intervinieron y saben hacerlo, y quienes no imprimen su huella digital. Doy fe.

OFICIAL 01 DEL REGISTRO CIVIL

