# "GRUPO DE TAXISTAS BENITO JUAREZ A.C."

## AMARILLO Y CREMA FRANJA AZUL

Playas de Rosarito a 14 de Mayo del 2008

A quien corresponda:

Por medio de la presente hacemos constar que el **C. Jorge Alfredo Payan Vizcarra con domicilio en la Av. Tijuana 15402 Col. Tecolote, Tijuana B.C.**, tiene aproximadamente 9 años trabajando en esta agrupación "Grupo de taxistas Benito Juárez A.C." como rentero de las placas RTO-T-495 que pertenecen a esta agrupación. Del cual percibe un salario aproximado de 15'000 pesos mensuales de los cual tiene que pagar 2'300 por mes de renta de placas.

Por lo tanto no tenemos inconveniente alguno en recomendarlo como una persona seria y responsable en lo que se le encomienda.

Agradeciendo de antemano a esta me despido de Ud.

_____
Marcos Manuel Arjona R.
Presidente

Tel: 152*15*6495

661-114-32-86

CONSULADO GENERAL DE MÉXICO EN SAN DIEGO

Número:
Referencia: 001295

Asunto: **Sr. Jorge Alfredo Payan Vizcarra**
Constancia de no antecedentes penales.





SECRETARÍA DE
RELACIONES EXTERIORES    SRE

San Diego, California, 2 de abril de 2008

Lic. Rosa María López Aguilar
Directora Jurídica
Secretaría de Seguridad Pública
Tijuana, Baja California

P R E S E N T E

Solicito atentamente que, de ser el caso, se sirva expedir constancia de no antecedentes penales del Sr. Jorge Alfredo Payan Vizcarra, quien nació el 11 de enero de 1955 y es hijo de la Sra. Loreto Vizcarra Corrales y del Sr. Julio Payan. Cabe señalar que el connacional se encuentra actualmente recluido en el *Metropolitan Correctional Center (MCC)* de San Diego con el número de registro # 06754-298 y está sujeto a juicio ante la Corte Federal.

El abogado del connacional solicitó la asistencia de este Consulado General para obtener dicha constancia ya que pretende utilizarla para la defensa de su cliente. En virtud de que el interesado se encuentra privado de su libertad le solicitamos que, de no existir inconveniente alguno, se otorgue dicha constancia a la Sra. Nora Cecilia Vizcarra o a la Sra. Noemí Álvarez Pimentel, hermana y esposa del connacional respectivamente.

Al agradecer a usted la atención que le merezca la presente le reitero las seguridades de mi atenta y distinguida consideración.

Atentamente,

Ricardo Pineda
Cónsul de México

1549 India Street, San Diego, California, 92101
Tel. (619) 231-6634
(619) 231-3847



**GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA**

| DEPENDENCIA | SECRETARIA DE SEGURIDAD PUBLICA SUBSECRETARIA DEL SISTEMA ESTATAL PENITENCIARIO |
|---|---|
| SECCION | DIRECCIÓN DE EJECUCIÓN DE SENTENCIAS |
| NUMERO DEL OFICIO | 16171/2008 |
| EXPEDIENTE | EXP. Dirección de ejecución de sentencias |

ASUNTO:  **Constancia de Antecedentes Penales**

A QUIEN CORRESPONDA:
P R E S E N T E.

    El Suscrito en mi carácter de Director Estatal de Ejecución de Sentencias y con fundamento en el Artículo 279 del Código de Procedimientos Penales para el Estado de Baja California, y de conformidad con lo prescrito por la fracción XVIII del artículo 33 del Reglamento Interno de la Secretaría de Seguridad Pública, me permito hacer constar:

    Que previa revisión en los archivos de esta Dirección, no se encontró ningún antecedente penal del fuero común por delito de carácter doloso relativo al (a)

**C. JORGE ALFREDO PAYAN VIZCARRA.**

    Para los fines legales que al interesado convenga, se extiende la presente en la Ciudad de Tijuana, Baja California, a los tres días del mes de abril del año dos mil ocho.

A T E N T A M E N T E

**C. HECTOR YAHIR MAGAÑA CAZARES**

En suplencia del lic. Felipe de Jesús Méndez Betancourt director Estatal de Ejecucion de Sentencias, con fundamento en el Art. 33 fraccion XVIII del reglamento interno de la secretaria de seguridad publica, publicado en el periodico oficial del Estado de Baja California, el dia 04 de octubre de 2002.

c.c.p. archivo
LIC. FJMB/HYMC/mdll