1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave
   Spring aValley, CA 91977
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Jorge Payan Vizcarra

5

6  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
   **(THE HON.  JANIS L. SAMMARTINO)**
7

8  **UNITED STATES OF AMERICA,**              )    **CASE NO.  08cr0219-JLS**
           **Plaintiff,**                     )
9                                             )    **DATE:   May 23, 2008**
   **v.**                                     )    **TIME:  9:00 a.m.**
10                                            )
   **JORGE PAYAN VIZCARRA**                   )    **CERTIFICATE OF SERVICE**
11         **Defendant.**_____           )
                                              )
12 _____           )

13 **IT IS HEREBY CERTIFIED THAT:**

14     I, Holly Hanover, am a citizen of the United States and am at

15 least 18 years of age.  My business address is 1016 La Mesa Ave.,

16 Spring Valley, CA, 91977.

17     I have cause the service of the motion to shorten time with

18 sentencing letters in this case.  The following recipients are

19 currently on the list to receive e-mail notices for this case and

20 have thus been served electronically at the following e-mail

21 addresses:

22
   | Name: | E-mail Address: |
   |-------|-----------------|
23 | Alana Wong | efile.dkt.gc2@usdoj.gov |
24

25

26                          **Respectfully submitted,**
   **Dated:  May 19, 2008**     s/ *Holly S. Hanover*
27                          _____
                            Holly S. Hanover
                            Attorney for Mr. Payan Vizcarra
28                          E-mail: Netlawyr@aol.com

                                   1                    08cr0219