KAREN P. HEWITT
United States Attorney
ALANA M. WONG
Assistant U.S. Attorney
California State Bar No. 137979
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5493 /(619) 557-3445
Email: alana.wong@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0219-JLS |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| JORGE PAYAN-VIZCARRA, | ) ) | |
| Defendant. | ) ) ) | |
| | ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Alana M. Wong | 137979 | 619-557-5493 | alana.wong@usdoj.gov |

1
2
3

    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

4
5

| <u>Name</u> | <u>CBN</u> | <u>Tele. No.</u> | <u>Email Address</u> |
|---|---|---|---|
| N/A | | | |

6
7

    DATED: May 20, 2008

8                                              Respectfully submitted,

9                                              KAREN P. HEWITT
                                               United States Attorney

10                                             s/ Alana M. Wong
11                                             ALANA M. WONG
                                               Assistant United States Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3                          UNITED STATES DISTRICT COURT

4                         SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )        Criminal Case No.  08cr0219-JLS
5                                )
        Plaintiff,               )
6                                )
        v.                       )
7                                )        CERTIFICATE OF SERVICE
JORGE PAYAN-VIZCARRA,            )
8                                )
        Defendant.               )
9    _____)

10   IT IS HEREBY CERTIFIED THAT:

11        I, ALANA M. WONG, am a citizen of the United States and am at least eighteen years of age.
     My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
12
          I am not a party to the above-entitled action.  I have caused service of **NOTICE OF**
13   **APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of
     the District Court using its ECF System, which electronically notifies them.
14
     Holly S. Hanover, Esq.
15

16        I declare under penalty of perjury that the foregoing is true and correct.

17
          Executed on May 20, 2008.
18

19                                                  /s/ Alana M. Wong
                                                    ALANA M. WONG
20                                                  Assistant U.S. Attorney

21

22

23

24

25

26

27

28